June 2008
Submitted an application for
I Lance Sanders empolyment for a position as a Bus-operator
First Transit at 3036 Antoine. To my knowledge
I wasn't selected because the Bus-operator: Micheal Turner
who refesed me, Chris Bolton the safety manager had
issue. I spoke to Chris Bolton who told me thou have head
to many application althought I had Crass B CDL
they were hiring applicant with Class C liesnce.
I filed a complant with EEOC.

On January 22, 2007 I applyed at First Transit
17340 Rental Car Ave and was hired by Frank Walker.
Safety Manager. after becoming a First Transit Bus-Operator
May 2007:
I requested a tranfer to 3036 Antoine with would have
increase my wages and benifits I was interview
by David Johnson then the Safety manager and was
dinied he did not accept me although I was a full-time
Bus-operator with First Transit the accepted a Bus-operator
who was tranfering although she was part-time.
He told me he hire who he wanted to hire.
I filed a compleant with EEOC. and called Joyce M.
Dilley, HR Manager for First Transit, Inc. which she
said he could not done that. she mayed it possible
for me to tranfer. and remove David Johnson from his
position.

I begin Training a First Tansit 3036 Antoine at the end
of October 2007, and at day of graduation Chris Bolton
and David Johnson imforms me that I was dismiss me
because I had a Class C Misdemeanor although I found out
there were empolyee working with Class C Misdemeanor
as well as Class A and B. I was Hired though First Transit
at the airport and went to Homeland Security, I believe I was
Dismissed because I filed with EEOC. on both of those
guys. By being transferrd It would incease my wages.
It could not stop me from Tranferlig. But they stop me from graduating. Thank you
Lance Sanders

United States District
Southern District Court
FILED
JUN 0 9 2008
Michael N. Milby, Clerk
#542

EEOC Form 161 (2/08)

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Mr. Lance Sanders<br>16818 Carl Ave. #2-038<br>Houston, TX. 77060 | From: | Houston District Office<br>1919 Smith St, 7th Floor<br>Houston, TX 77002 |

[ ] On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 460-2007-04734 | Nicholas Alwine,<br>Enforcement Supervisor | (713) 209-3422 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

_[signature]_   3/13/08

Enclosures(s)

R.J. Ruff, Jr.,
District Director

(Date Mailed)

cc: Ms. Joyce M. Dilley, HR Manager
First Transit, Inc.
2910 S. Archibald, Ste. A-138
Ontari, CA. 91761

Lance Sanders
16811 City View Pl. Apt. #2-038
Houston, Texas 77060